CA NO. 25-324

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | DC NO. CR 21-127-MCS |
| Plaintiff-Appellee, | |
| v. | |
| DOUGLAS J. CHRISMAS, | |
| Defendant-Appellant. | |

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED TRANSCRIPT DESIGNATION AND ORDER FORMS, AND TO MODIFY BRIEFING SCHEDULE**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

HONORABLE MARK C. SCARSI
United States District Judge

CUAUHTEMOC ORTEGA
Federal Public Defender
KATHRYN A. YOUNG
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081
Email:  Kathryn_Young@fd.org

Attorneys for Defendant-Appellant

CA NO. 25-324

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | DC NO. CR 21-127-MCS |
| Plaintiff-Appellee, | |
| v. | |
| DOUGLAS J. CHRISMAS, | |
| Defendant-Appellant. | |

_____

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED TRANSCRIPT DESIGNATION AND ORDER FORMS, AND TO MODIFY BRIEFING SCHEDULE**

_____

Defendant-Appellant Douglas J. Chrismas, by and through counsel of record, Deputy Federal Public Defender Kathryn A. Young, hereby applies to this Court pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 10-3 for leave to file an amended transcript designation and order forms, and for a revised briefing schedule. The amended transcript designation and order forms were filed with the district court on March 27, 2025 and April 4, 2025.

This motion is based upon the attached Declaration of Counsel, all files and records in this case, and any other information that may be properly brought to the attention of this Court in connection with the consideration of this motion. The government does not oppose the requested relief. *See* Declaration of Counsel, below.

                                                        Respectfully submitted,

                                                        CUAUHTEMOC ORTEGA
                                                        Federal Public Defender

DATED: May 2, 2025                By  */s/ KATHRYN A. YOUNG*
                                                        KATHRYN A. YOUNG
                                                        Deputy Federal Public Defender
                                                        Attorney for Defendant-Appellant

## DECLARATION OF KATHRYN A. YOUNG

I declare under penalty of perjury that, to the best of my knowledge, the following is true:

I am a Deputy Federal Public Defender in the Central District of California. I represent Defendant-Appellant Douglas J. Chrismas in this appeal. Mr. Chrismas was sentenced to 24 months of incarceration in the district court proceedings underlying this appeal. According to the Bureau of Prisons ("BOP"), Mr. Chrismas' projected release date is November 22, 2026.

Under this Court's January 17, 2025 order setting the briefing schedule in this appeal, Mr. Chrismas was required to order and designate the necessary transcripts by January 5, 2024.

Trial counsel filed transcript designation and order forms on January 30, 2025, during the time required by this Court's scheduling orders. (*See* Dist. Ct. Docket No. 249.)

After trial counsel moved to withdraw, on February 20, 2025, I entered my appearance in these appeals. Upon entering my appearance, I reviewed the district court docket and realized that the transcript designation and ordering forms were incomplete, and that additional transcripts needed to be designated and ordered. Also, previous counsel had not arranged for payment of all of the designated transcripts. Consequently, I filed an amended transcript designation, along with

4

order forms and vouchers, in the district court on March 27, 2025 and April 4, 2025. (*See* Dist. Ct. Docket Nos. 276-280.)

On May 1, 2025, I emailed counsel for the government in this appeal and asked their position on this motion. AUSA David Friedman responded that the government had no objection to this motion.

For these reasons, I am requesting leave to file the amended transcript designations and order forms previously filed in the district court as Dist. Ct. Docket Nos. 276-280. I am also requesting that the briefing schedule in this appeal be amended to allow time for preparation and filing of the requisite transcripts by the court reporters, and also to allow me time to review all transcripts before filing Mr. Chrismas' opening brief.


DATED: May 2, 2025         By  /s/ *KATHRYN A. YOUNG*
                                                 KATHRYN A. YOUNG
                                                 Deputy Federal Public Defender